**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Raul Rodriguez v. The State of Texas

Appellate case number:   01-12-00688-CR

Trial court case number:  1348372

Trial court:                     178th District Court of Harris County

The State has filed an Unopposed Motion to Designate Issues for Oral Argument.  The motion is GRANTED as follows: while the panel may make inquiries regarding any of the issues presented, the panel would like the focus of the argument to be on issues 1 through 4.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle

☑   Acting individually      ☐   Acting for the Court

Date:  March 18, 2014